# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141595

In re T.V.C. FRY, Minor.
_____

DEPARTMENT OF HUMAN SERVICES,
       Petitioner-Appellee,

v

SC: 141595
COA: 295682
St. Joseph CC
Family Div: 2007-001105-NA

TRINA HERINGTON,
       Respondent-Appellant
_____/

    On order of the Court, the application for leave to appeal the July 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2010

Clerk

p0910